Michael Elizondo
140166666
Dallas County Jail
Ihays Tower 2-I
P.O. Box 660334
Dallas, Tx 75266-0334

Trial Court Case No. F09-57791-J

Appellate Court Case No. 05-14-00535-CR

10th of August, 2015

PD-1076-15

FILED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Court of Criminal Appeals,      Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

I am writing to request an extension to file a petition for discretionary review. I appologize that I do not have the proper motion to request an extension to file a petition for a discretionary review. The attorney that was assigned to me told me that her representation has ended after the Appellant Court had issued their opinion, so she can not and will not assist me on filing the motion for extension or to file a petition for discretionary review.

Also, my attorney did not represent me to the best of her ability or properly, nor showed any interest in my case. There was also a 9 month period where she did not have any contact with me. She also did not inform me that she was filing the brief nor allowed me to read over it and give additional facts that needed to be stated before she filed the brief. There were many issues and facts that needed and should have been stated that would have been a turning point in this case.

So I ask if you can please give me additional time to file the petition for discretionary review. If its not too much to ask for, can I please receive the proper forms and steps on how to write and file the petition for discretionary review, please? Or, if possible, assign me an attorney to assist me with this so that it may be done proper and professionally, since my resources is very limited to research on this issue and also time is very limited. I'll appreciate any assistance the Courts can provide me. Thank you for your time and concern. I'd address my contact information along with my case numbers at the top of this letter. Thanks once again.

Sincerely,
Michael Elizondo